STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN HOLLAND, DEFENDANT-PETITIONER.

*Mr. Peter Murray, Mr. Richard Newman* and *Mr. S. Arthur Schimmel* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Alan Silber* for the respondent.

April 30, 1968. Denied.

ALAJOS TOTH, PLAINTIFF-RESPONDENT, v. DR. PAUL GLICKSMAN, DEFENDANT-PETITIONER.

*Messrs. Shanley & Fisher* and *Mr. Raymond M. Tierney, Jr.* for the petitioner.

*Messrs. Heller & Laiks* for the respondent.

April 30, 1968. Denied.

JAMES L. JOHNSON, PLAINTIFF-PETITIONER, v. METROPOLITAN LIFE INSURANCE COMPANY, DEFENDANT AND PROGRESSIVE LIFE INSURANCE COMPANY, DEFENDANT-RESPONDENT.

See same case below: 99 *N. J. Super.* 463.

*Messrs. Powell & Davis,* and *Mr. Eugene T. Radcliffe* for the petitioner.

*Messrs. Mirne, Nowels, Fundler & Cornblatt* for the respondent.

April 30, 1968. Granted.